UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Misc. No. 1:19-mc-00021 |
| | ) | |
| ONE HUNDRED SEVENTY-NINE THOUSAND ONE | ) | |
| HUNDRED DOLLARS UNITED STATES CURRENCY | ) | |

**ORDER**

The Court, having reviewed and considered the United States' motion pursuant to 18 U.S.C. § 983(a)(3)(A) to extend the deadline until April 6, 2019, for the United States to file a Complaint for Forfeiture and/or obtain an indictment concerning property seized on or about September 16, 2018, as a result of a parole and/or consent search, that property being:

$179,100.00 in United States Currency (Asset Identification Number 18-CBP-000516);

("subject property") finds that the motion should be and hereby is **GRANTED**.

**IT IS THEREFORE ORDERED** that, for the reasons stated in the motion, the United States shall have until April 6, 2019, to file a civil *in rem* complaint for forfeiture of the subject property and/or obtain an indictment or information charging one or more defendants with criminal activity related to the subject property and giving notice in the indictment or information of the United States' intent to forfeit property as part of any sentence imposed.

**IT IS SO ORDERED**.

Date: 3/1/2019

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system

Service via first-class U.S. Mail on:

David Waite
c/o Tom F. Hirschauer III
Brooke Smith
Keffer Barnhart LLP
230 East Ohio Street
Suite 400
Indianapolis, IN  46204